UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:18-CR-00125 |
| | ) | REEVES/GUYTON |
| DYLAN DICKERSON | ) | |

**O R D E R**

Magistrate H. Bruce Guyton filed a report and recommendation recommending the Court accept (1) defendant's plea of guilty to the single count of an Information charging defendant with conspiracy to distribute and possess with intent to distribute MDMA, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C); (2) adjudicate Defendant guilty of the charge set forth in the Information; and (3) find defendant shall remain in custody until sentencing in this matter [R. 7]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [R. 7] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One of the Information, that is, of conspiracy to distribute and possess with intent to distribute MDMA, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C), is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charge set forth in Count One of the Information; and

(3)     Defendant **SHALL REMAIN** in custody until sentencing in this matter.

**SO ORDERED.**

**ENTER:**

*/s/ Pamela L. Reeves*
**UNITED STATES DISTRICT JUDGE**